# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

SERENA L. SMITH                                                                                           PLAINTIFF

v.                                          CASE NO. 2:22-CV-2194

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.18) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this June 22, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE